Ronald G. Guerra, OSB # 943272
Email: ron.guerra@innovalegaladvisors.com
**INNOVA LEGAL ADVISORS P.C.**
One Centerpointe Drive, Suite 530
Lake Oswego, OR 97035
Tel: 503-475-7179

Randy J. Harvey, OSB #116714
Email: randy@elpnw.com
Andrew T. Mittendorf, OSB #205394
Email: andrew@elpnw.com
Jameson E. Gideon, OSB #202871
Email: jameson@elpnw.com
**EMPLOYMENT LAW PROFESSIONALS**
20015 SW Pacific Hwy., Suite 221
POB 1309
Sherwood, Oregon 97140
Telephone: 503-822-5340
Facsimile: 503-433-1404

Of Attorneys for Plaintiff Gregory D. Baker

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GREGORY D. BAKER**, <br><br>          Plaintiff, <br>     v. <br><br>**BLANCHET HOUSE OF HOSPITALITY**, <br><br>          Defendant. | Case No. **3:21-CV-00236-JR** <br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorneys Randy J. Harvey, Andrew T. Mittendorf and Jameson E. Gideon from the law firm of Employment Law Professionals, POB 1309, 20015 SW Pacific Hwy., Suite 221, Sherwood, OR 97140; telephone 503-822-5340 has associated with attorney Ronald C. Guerra from the Innova Legal Advisors P.C. as attorneys for Plaintiff in the above matter.

DATED this 3rd day of November, 2021.

        Respectfully submitted,

        **EMPLOYMENT LAW PROFESSIONALS**

By:   */s Randy J. Harvey*
      Randy J. Harvey, OSB #116714
      Email: randy@elpnw.com
      Andrew T. Mittendorf, OSB #205394
      Email: andrew@elpnw.com
      Jameson E. Gideon, OSB #202871
      Email: jameson@elpnw.com
      **EMPLOYMENT LAW PROFESSIONALS**
      POB 1309
      Sherwood, Oregon 97140
      Telephone: 503-822-5340
      Facsimile: 503-433-1404

      Ronald G. Guerra, OSB # 943272
      Email: ron.guerra@innovalegaladvisors.com
      **INNOVA LEGAL ADVISORS P.C.**
      One Centerpointe Drive, Suite 530
      Lake Oswego, OR 97035
      Tel: 503-475-7179

Of Attorneys for Plaintiff Gregory D. Baker